# EXHIBIT 2

 

July 1st 2019

C.D. Norberg and Associates
2534 Woodfern Circle
Birmingham, AL 35244

Delivered via UPS Next day Air:

To whom it may concern,

    I hereby give you notice that effective immediately I am terminating all relations with C.D. Norberg and Associates.

Sincerely,

Jeff Hamm
President/Owner
Champion Chevrolet
Champion Chrysler Dodge Jeep RAM
Champion of Decatur

Cc:
GSFS
1345 Enclave Parkway
Houston, TX 77077