UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **C D NORBERG & ASSOCIATES, INC.** | ) ) ) | |
| Plaintiff/Counter Defendant, | ) | 2:19-CV-01592-AMM |
| v. | ) ) | |
| **GS ADMINISTRATORS, INC.,** | ) ) | |
| Defendant/Counter Claimant. | ) | |

_____

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE
_____

COME NOW the Parties, consisting of Plaintiff C.D. Norberg & Associates, Inc. ("Plaintiff") and Defendant GS Administrators, Inc. ("Defendant") (collectively, the "Parties"), by and through their attorneys, and hereby stipulate to the dismissal of Plaintiff's claims, *with prejudice*, and the dismissal of Defendant's counterclaims, *with prejudice*, with each party to bear its own attorney's fees and costs as per the proposed Order of Dismissal submitted herewith.

WHEREFORE, PREMISES CONSIDERED, the Parties jointly pray for the entry of an Order of Dismissal pursuant to the provisions hereof, with each Party to bear its own cost relative thereto.

THIS, the 28TH day of March, 2022.

Respectfully submitted,

/s Jeffrey L. Ingram
Jeffrey L. Ingram, Esq.
David A. Butler, Esq
*Counsel for C.D. Norberg & Associates, Inc.*
OF COUNSEL
INGRAM, KALUPA, & BUTLER P.C.
203 Kenimer Avenue
Trussville, AL 35209
Tel: (205) 870-0663
Fax: (205) 870-0681
Email:     jeff@Ikblawyers.com
             david@ikblaywers.com



/s Shaun K. Ramey
Shaun K. Ramey, Esq.
T. Dylan Reeves, Esq
*Counsel for GS Administrators, Inc.*
OF COUNSEL:
McGlinchey Stafford
505 North 20th Street, Suite 800
Birmingham, AL  35203
(205) 725-6400 (telephone)
(205) 623-0810 (facsimile)
Email:  sramey@mcglinchey.com
          dreeves@mcglinchey.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that I have conventionally filed the foregoing with the Clerk of the Court on March 28, 2022, and that I have electronically mailed the foregoing to the following:

*Counsel for C.D. Norberg & Associates, Inc.*
OF COUNSEL
INGRAM, KALUPA, & BUTLER P.C.
203 Kenimer Avenue
Trussville, AL 35209
Tel: (205) 870-0663
Fax: (205) 870-0681
Email:    jeff@Ikblawyers.com
             david@ikblaywers.com

                                        /s/ Shaun K. Ramey
                                        OF COUNSEL